UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

1000 FRIENDS OF WISCONSIN, INC.,
    Plaintiff,

v.                                                                           Case No. 11-C-0545

UNITED STATES DEPARTMENT OF
TRANSPORTATION, et al.,
    Defendants.

## ORDER

**IT IS ORDERED** that a telephonic status conference will be held on **February 13, 2015 at 11:45 a.m.** The court will initiate the call.

Dated at Milwaukee, Wisconsin, this 9th day of February 2015.

                                                      s/ Lynn Adelman

                                                      LYNN ADELMAN
                                                      District Judge