# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**A.M., et al.,**

        **Plaintiffs,**

   v.                                              Case No. 12-C-0943

**MEQUON-THIENSVILLE SCHOOL DISTRICT, et al.,**

        **Defendants.**

## ORDER

On February 12, 2015, the plaintiffs filed a motion to compel discovery from the defendants. Under the local rules of this court, the defendants' responses to the motion are due within 21 days, and then the plaintiffs will have 14 days to file a reply. See Civil L.R. 7(b) & (c). This means that the motion may not be fully briefed until late March. However, discovery closes on March 31, 2015, and I do not intend to allow any further extensions of discovery. Therefore, I will strike the plaintiffs' motion to compel and direct them to re-file it under Local Rule 7(h), which provides for expedited treatment of a non-dispositive motion. The plaintiffs should note that the motion may not exceed three pages, that no separate memorandum may be filed, and that any affidavit filed with the motion may not exceed two pages. The plaintiffs must re-file their motion to compel under Rule 7(h) no later than February 18, 2015.

Accordingly, **IT IS ORDERED** that the plaintiffs' motion to compel is stricken and that the plaintiffs may re-file the motion under Local Rule 7(h) no later than February 18, 2015.

Dated at Milwaukee, Wisconsin, this 13th day of February, 2015.

                                                          s/ Lynn Adelman

                                                          LYNN ADELMAN
                                                          District Judge