IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

1000 FRIENDS OF WISCONSIN, INC.,

    Plaintiff,

    v.                                                  Case No. 11-CV-0545

UNITED STATES DEPARTMENT OF
TRANSPORTATION, et al.,

    Defendants.

## NOTICE OF ADDITIONAL COUNSEL

PLEASE TAKE NOTICE that, Katherine D. Spitz, Assistant Attorney General, is appearing as additional counsel for the Defendants State of Wisconsin Department of Transportation and Mark Gottlieb in the above captioned matter. Accordingly, copies of all further pleadings, notices, correspondence and other proceedings herein should be served upon the undersigned at 17 West Main Street, Post Office Box 7857, Madison, Wisconsin 53707-7857.

Dated this 1st day of July, 2015.

          BRAD D. SCHIMEL
          Attorney General

          ***s/KATHERINE D. SPITZ***
          Katherine D. Spitz
          Assistant Attorney General
          State Bar #1066375

          Peter S. Rank
          Assistant Attorney General
          State Bar #1068585

          Attorneys for Defendants State of Wisconsin Department of Transportation and Mark Gottlieb

Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 266-1001
(608) 267-8906 (fax)
spitzkd@doj.state.wi.us