# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

1000 Friends
　　　　　　Plaintiff,

v.　　　　　　　　　　　　　　Case No. 11CV545

Wis. DOT
　　　　　　Defendant.

## COURT MINUTES OF CONFERENCE

Judge Lynn Adelman, presiding　　　Date: 9/3/15
Time Commenced: 10:30 am　　　　Concluded: 10:35 am
Deputy Clerk: MSK　　　　　　　　Court Reporter: —

APPEARANCES:

Plaintiff: Dennis Grzezinski　　455-0739

Defendant: Chris Larsen　　297-4483
　　　　　　Peter Rank　　608/264-6370
　　　　　　Katherine Spitz

Nature of Conference: status　　　　[X] Telephonic

Notes:

- At the request of the defendants, telephonic status conference to schedule further proceedings is adjourned to 12/16/15 at 10:30 am.